IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR540 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN B. LOONEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 11, 2009, the defendant appeared with counsel for a final hearing on a Petition for Offender Under Supervision (Filing No. 42). Defendant was present and represented by Michael F. Maloney, Assistant Federal Public Defender. Plaintiff was represented by Kimberly C. Bunjer, Assistant United States Attorney. Defendant admitted to the allegations contained in the Amended Petition. The Court found the defendant to be in violation of his conditions of supervised release. The Court revoked defendant's supervised release and proceeded to sentencing. Accordingly,

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and defendant is sentenced to one day imprisonment followed by forty-eight (48) months term of supervised release under the same terms and conditions of release previously imposed on July 26, 2005 (Filing No. 36).

-2-

2.   Defendant shall participate in the home confinement program under electronic monitoring for a period of four (4) consecutive months.

DATED this 12th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 2009.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 2009 to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 2009.

_____
UNITED STATES WARDEN

By: _____