# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **8:04CR540** |
| vs. ) | |
| ) | **ORDER** |
| **JOHN B. LOONEY,** ) | |
| ) | |
| Defendant. ) | |

Defendant John B. Looney appeared before the court on Thursday, January 7, 2010 for a detention hearing regarding 2nd Petition for Warrant or Summons for Offender Under Supervision [64]. The defendant had been in state custody. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The government did not request detention.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No.5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 5, 2010 at 10:00 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 7th day of January, 2010.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge